United States District Court
Southern District of Texas
**ENTERED**
August 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Creole Design, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2200 |
| | § | |
| **Smith Family Homes, LLC, et al,** | § | |
| Defendants. | § | |

## O R D E R

On August 17, 2016, it was announced that the parties have reached a settlement. All pending deadlines are terminated. It is hereby **ORDERED** that closing papers be submitted no later than October 3, 2016, or the Court will dismiss this action.

**SIGNED** at Houston, Texas, this 17th day of August, 2016.

_____
**SIM LAKE**
**UNITED STATES DISTRICT JUDGE**