United States District Court
Southern District of Texas
**ENTERED**
October 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| CREOLE DESIGN, LLC, § | |
|---|---|
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 4:16-cv-02200 |
| § | |
| SMITH FAMILY HOMES, LLC, § | |
| BRICKMOON DESIGN, LLC, § | |
| BRADLEY SMITH, and JEREMY § | |
| DEE McFARLAND, § | |
| *Defendants* § | |

### ORDER OF DISMISSAL

After considering plaintiff Creole Design, LLC's Notice of Dismissal, the Court FINDS the notice is proper and this case should be dismissed. Accordingly, the Court hereby:

**ORDERS** the above styled civil action is dismissed with prejudice.

SIGNED on ___October 4___, 2016, at _____a.m./p.m.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

# HANSZEN ✦ LAPORTE

By: _____/s/ Jeffrey L. Dorrell_____
**JEFFREY L. DORRELL**
Southern District ID #18465
jdorrell@hanszenlaporte.com
**MATTHEW S.C. HANSEL**
State Bar No. 24092480
mhansel@hanszenlaporte.com
11767 Katy Freeway, Suite 850
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR PLAINTIFF CREOLE DESIGN, LLC**